**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO GRANADOS, | ) Case No. CV 21-3040-VBF (JPR) <br> ) <br> ) ORDER ACCEPTING FINDINGS AND <br> ) RECOMMENDATIONS OF U.S. <br> ) MAGISTRATE JUDGE <br> ) <br> ) <br> ) |
| Petitioner, | |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

The Court has reviewed the Petition, Motion to Dismiss, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and judgment be entered dismissing the Petition without prejudice.

DATED: January 4, 2022

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
U.S. DISTRICT JUDGE